UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

LAWRENCE YOUNG, Individually and on Behalf of All Other Persons Similarly Situated,

    Plaintiff,

v.

XI'AN FAMOUS FOODS, INC.,

    Defendant.
---------------------------------------x

ECF CASE

No. 1:17-cv-8817 (AJN)

USDC SDNY
DOCUMENT
[ELECTRONICALLY FILED]
MAR 0 8 2018

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Young and Defendant, under Fed. R. Civ. P. 41(a)(2), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear their own fees and costs.

Dated: ~~February~~ March 6, 2018
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff Young*

Dated: ~~February~~ March 5, 2018
New York, New York

_____
Jung Park
ROPERS MAJESKI KOHN & BENTLEY PC
750 Third Avenue, 25th Floor
New York, New York 10017
jung.park@rmkb.com
Tel: 212.668.5927
*Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York
   March 7, 2018

_____
The Honorable Allison J. Nathan, U.S.D.J.

4833-7236-8477.1